**Fill in this information to identify your case:**

Debtor 1: **Gary M. Kramer**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **21-11699**

☐ Check if this is an amended filing

---

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**American Express**
PO Box 650448
Dallas, TX 75265-0448

Contact
Contact phone

What is the nature of the claim?    **Revolving charge (Blue Cash Preferred)**    $ **$11,047.34**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim    $ _____

**2**

**Capital One**
PO Box 60599
City of Industry, CA 91716-0599

What is the nature of the claim?    **Revolving charge (Bass Pro)**    $ **$3,653.09**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

Debtor 1 **Gary M. Kramer**  Case number *(if known)* 21-11699

|  |  |
|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured)  $ _____ |
|  | Value of security:  - $ _____ |
| Contact phone | Unsecured claim  $ _____ |

---

**3**  
**Capital One**  
**PO Box 60599**  
**City of Industry, CA 91716-0599**

What is the nature of the claim? **Revolving charge (Quicksilver Visa)**  $ **$29,438.78**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact  
Contact phone

---

**4**  
**Capital One**  
**PO Box 60599**  
**City of Industry, CA 91716-0599**

What is the nature of the claim? **Revolving charge (Bass Pro)**  $ **$27,981.52**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact  
Contact phone

---

**5**  
**Chase Cardmember Service**  
**PO Box 6294**  
**Carol Stream, IL 60197-6294**

What is the nature of the claim? **Revolving charge (Ink Business Visa)**  $ **$27,636.43**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact  
Contact phone

---

**6**  
**Chase Cardmember Service**

What is the nature of the claim? **Revolving charge (Freedon Ultimate Rewards Visa)**  $ **$25,071.23**

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1  **Gary M. Kramer**  Case number *(if known)*  21-11699

**PO Box 6294**
**Carol Stream, IL 60197-6294**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact _____
Contact phone _____

---

**7**

**Chase Cardmember Service**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

What is the nature of the claim?  **Revolving charge (Amazon Prime Visa)**  $ **$9,270.78**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact _____
Contact phone _____

---

**8**

**Citibank**
**PO Box 6286**
**Sioux Falls, SD 57117**

What is the nature of the claim?  **Revolving Charge (Sears Shop Your Way)**  $ **$8,067.14**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact _____
Contact phone _____

---

**9**

**Citibank**
**PO Box 6004**
**Sioux Falls, SD 57117**

What is the nature of the claim?  **Revolving charge (Double Cash MasterCard)**  $ **$22,943.32**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

| Debtor 1 | Gary M. Kramer | Case number *(if known)* | 21-11699 |
|---|---|---|---|

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:                        - $ _____
   Unsecured claim                             $ _____

---

**10**

**Pentagon Federal Credit Union**
**PO Box 2360**
**Omaha, NE 68103-2360**

What is the nature of the claim?   **Revolving charge**   $ **$28,852.31**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:                        - $ _____
   Unsecured claim                             $ _____

---

**11**

**Simmons Eye Associates, et al.**
**5278 N. Nevada Ave., #120**
**Colorado Springs, CO 80918**

What is the nature of the claim?   **Judgment, appeal pending**   $ **$0.00**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:                        - $ _____
   Unsecured claim                             $ _____

---

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  **/s/ Gary M. Kramer**
   **Gary M. Kramer**
   Signature of Debtor 1

X  _____
   Signature of Debtor 2

Date   **April  6, 2021**              Date   _____

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy