**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

IN RE:                                             )
                                                   )          Case No. 21-11699 TBM
GARY M. KRAMER                                     )
                                                   )          Chapter 11
                        Debtor.                    )

---

**ORDER GRANTING MOTION TO APPROVE RETAINER FOR WADSWORTH**
**GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTOR-IN-**
**POSSESSION**

---

THIS MATTER is before the Court on the "Motion to Approve Retainer for Wadsworth Garber Warner Conrardy, P.C. as Counsel for the Debtor-in-Possession" (Docket No. 11, the "Motion") filed by Wadsworth Garber Warner Conrardy, P.C. ("Counsel"). Counsel asserts it provided proper notice of its Motion and no objection was filed thereto. Accordingly, the Court hereby

ORDERS that the Motion is GRANTED. Wadsworth Garber Warner Conrardy, P.C.'s retainer in the amount of $41,409.50 is approved.

Dated this 5th day of May, 2021.

BY THE COURT

*Thomas B. McNamara*

Hon. Thomas B. McNamara
United States Bankruptcy Court