# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 21-11699 TBM |
| GARY M. KRAMER, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## ORDER GRANTING FIRST INTERIM APPLICATION OF WADSWORTH GARBER WARNER CONRARDY, P.C. FOR ALLOWANCE OF FEES AND EXPENSES FOR SERVICES RENDERED AS COUNSEL TO THE DEBTOR FROM APRIL 7, 2021 THROUGH JUNE 30, 2021

**BEFORE THE COURT** is the "First Interim Application of Wadsworth Garber Warner Conrardy, P.C. for Allowance of Fees and Expenses for Services Rendered as Counsel to the Debtor from April 7, 2021 through June 30, 2021" (Docket No. 90, the "First Interim Application") filed by Wadsworth Garber Warner Conrardy, P.C. ("WGWC"). WGWC asserts it provided proper notice of the Application and no objections have been filed. Accordingly the Court hereby

**ORDERS** that Wadsworth Garber Warner Conrardy, P.C.'s First Interim Application for Allowance of Fees and Expenses is GRANTED. Wadsworth Garber Warner Conrardy, P.C.'s fees in the amount of $8,342.50, and expenses in the amount of $405.70 are allowed on an interim basis and the Debtor is authorized to pay such amounts.

**DATED** this 25th day of August, 2021.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
U.S. Bankruptcy Court Judge