<div align="center">

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

</div>

| | |
|---|---|
| In re: | ) |
| | ) Case No. 21-11699 TBM |
| GARY M. KRAMER, | ) |
| | ) Chapter 11 |
| Debtor. | ) |

## GARY M. KRAMER'S LIST OF WITNESSES AND EXHIBITS

Plan proponent Gary M. Kramer, debtor-in-possession ("Debtor" or "Mr. Kramer"), by and through undersigned counsel, hereby designates the following witnesses and exhibits for the plan confirmation hearing scheduled for 1:30 p.m. on Monday, September 13, 2021, Courtroom E, United States Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado 80202, before the Honorable Thomas B. McNamara.

### Part 1  Witnesses

Mr. Kramer **will call** the following witnesses:

| Witness Name | Nature of Testimony |
|---|---|
| Gary M. Kramer | Mr. Kramer is the Debtor in this Subchapter V bankruptcy case and will testify regarding all aspects of his Plan of Reorganization for Individual Under Subchapter V of Chapter 11 (the "Plan"). |

Mr. Kramer **may call** the following witnesses:

| Witness Name | Nature of Testimony |
|---|---|
| | N/A |

Any witness designated as a may call or will call witness by any other party and any witness necessary for authentication, impeachment or rebuttal.

### Part 2  Exhibits

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| 1 | Voluntary Petition, Statement of Financial Affairs, and schedules (including any documents filed therewith and any | | | |

|   |   |   |   |   |
|---|---|---|---|---|
|   | amendments thereto) (Docket Nos. 1, 59 and 106) |   |   |   |
| 2 | The Plan and any exhibits thereto (Docket No. 73) |   |   |   |
| 3 | Monthly Operating Report for April 2021 (Docket No. 56 ) |   |   |   |
| 4 | Monthly Operating Report for May 2021 (Docket No. 57) |   |   |   |
| 5 | Monthly Operating Report for June 2021 (Docket No. 83) |   |   |   |
| 6 | Monthly Operating Report for July 2021 (Docket No. ) |   |   | Reserved |
| 7 | Monthly Operating Report for August 2021 (Docket No.) |   |   | Reserved |
| 8 | 2018 Individual Tax Returns |   |   |   |
| 9 | 2019 Individual Tax Returns |   |   |   |
| 10 | Appraisal of 3051 Blackwood Place, Colorado Springs, CO 80920 |   |   |   |
| 11 | Draft Appraisal of a 100% Equity Interest in Gary Kramer Law, LLC |   |   |   |
| 12 | 2018 S-Corporation Tax Returns for Gary Kramer Law, LLC |   |   |   |
| 13 | 2019 S-Corporation Tax Returns for Gary Kramer Law, LLC |   |   |   |
| 14 | Motion for Leave to Amend Complaint in adversary proceeding number 21-01113 TBM |   |   |   |
| 15 | Documents and things necessary for rebuttal or impeachment |   |   |   |

## Part 3  Signature

DATED September 7, 2021.

<div style="margin-left: 40%;">

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/David J. Warner*
David J. Warner, #38708
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999; (303) 296-7600 (fax)
dwarner@wgwc-law.com
Attorneys for Gary M. Kramer,
Debtor-in-Possession

</div>

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 7, 2021 I served by United States prepaid first-class mail, or electronically through CM/ECF where indicated, a copy of **GARY M. KRAMER'S LIST OF WITNESSES AND EXHIBITS, and EXHIBITS 1-14,** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and the L.B.R. at the following addresses:

Alan K. Motes
Alan.Motes@usdoj.gov

Joli A. Lofstedt
joli@jaltrustee.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Daniel W. Glasser
dglasser@chipmanglasser.com

Holly R. Shilliday
hshilliday@McCarthyHolthus.com

Stephen E. Berken
stephenberkenlaw@gmail.com

<div style="margin-left: 40%;">

*/s/ Angela C. Garcia*
Wadsworth Garber Warner Conrardy, P.C.

</div>